UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16268
    WARREN NOEL
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3999

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/09/2006 and was not confirmed.

    The case was dismissed without confirmation 12/12/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREEN TREE SERVICING LLC | CURRENT MORTG | .00 | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSEC W/INTER | 5776.79 | .00 | .00 |
| GREEN TREE SERVICING LLC | UNSEC W/INTER | 1468.00 | .00 | .00 |
| GREEN TREE SERVICING LLC | MORTGAGE ARRE | 30083.70 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED VEHIC | 534.18 | .00 | 534.18 |
| IL DEPT OF HEALTHCARE & | UNSEC W/INTER | .00 | .00 | .00 |
| AFFIRMATIVE INSURANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| EXCEL EMERGENCY CARE LLC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF PUBLIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILL COLL SVC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILL COLL SVC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ORTHOPAEDIC SURG | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PALOS EMERGENCY MEDICAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSEC W/INTER | 228.70 | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NCO COLLECTION AGENCY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PIN CRED SER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSEC W/INTER | 675.80 | .00 | .00 |
| RJM ACQUISITIONS | UNSEC W/INTER | 126.37 | .00 | .00 |
| SUCCESS ENTERPRISES LLC | CURRENT MORTG | .00 | .00 | .00 |
| SUCCESS ENTERPRISES LLC | MORTGAGE ARRE | 10506.80 | .00 | .00 |
| CHASE AUTO FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| IL DEPT OF HEALTHCARE & | UNSEC W/INTER | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| HARRIS & HARRIS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | PRIORITY | NOT FILED | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,623.00 | | 2,623.00 |
| TOM VAUGHN | TRUSTEE | | | 214.66 |
| DEBTOR REFUND | REFUND | | | 4,372.25 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 06 B 16268 WARREN NOEL

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

|                        | RECEIPTS  | DISBURSEMENTS |
|------------------------|-----------|---------------|
| TRUSTEE                | 7,744.09  |               |
| PRIORITY               |           | .00           |
| SECURED                |           | 534.18        |
| UNSECURED              |           | .00           |
| ADMINISTRATIVE         |           | 2,623.00      |
| TRUSTEE COMPENSATION   |           | 214.66        |
| DEBTOR REFUND          |           | 4,372.25      |
| TOTALS                 | 7,744.09  | 7,744.09      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 04/04/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE